JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. HAINES and NANCY A. HAINES, | CASE NO.: SACV09-0063-JVS(ANx) |
| Petitioners | [Assigned to the Honorable James V. Selna] |
| vs. | |
| | JUDGMENT |
| CAC CAPITAL CORP. and CHRISTOPHER ANTHONY CORSO, SR. | |
| Respondents | |

This action for confirmation of an arbitration award, relying on Federal Arbitration Act ("FAA"), § 9, came on for hearing on March 16, 2009 before the Court, the Honorable James V. Selna, United States District Court Judge, presiding.  No appearance or opposition was made on behalf of Respondents, CAC Capital Corp. and Christopher Anthony Corso, Sr.

After reviewing the moving papers and the evidence submitted, IT IS ORDERED, ADJUDICATED AND DECREED

    1.    The Petition to Confirm Arbitration Award is granted;

    2.    The Arbitration Award entered on October 21, 2008 is confirmed;

    3.    Judgment is entered in favor of Petitioners David E. Haines and Nancy A. Haines against Respondents, CAC Capital Corp. and Christopher Anthony Corso, Sr. for the sum of

$160,785.37 in compensatory damages; $482,356.11 in punitive damages; $218,083.33 in attorney's fees; $10,000.00 in costs; interest at the rate of 10% from October 14, 2008.

DATED: March 18, 2009

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE